Commonwealth ex rel. Henry, Appellant, v. Walderon.

Argued June 12, 1969. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Harold S. Patton,* with him *Neal & Patton,* for appellant.

*Albert Rosenthal,* and *Bell & Rosenthal,* for appellee.

OPINION PER CURIAM, September 11, 1969:
Order affirmed.

----

DISSENTING OPINION BY HOFFMAN, J.:
In the instant case, the court entered an order of $30.00 per week for the support of four children. The father's federal income tax return for 1968 reflected that he had an income of $8,957.00. Under all of the circumstances of this case, I believe that the lower court's award was wholly inadequate and would remand the matter so that the court might fix an award more in keeping with the father's income.

SPAULDING, J., joins in this dissenting opinion.